SHERIDAN et al. v. DAVIS et al.

(Supreme Court, Appellate Division, First Department. December 7, 1900.)

MECHANICS' LIENS—EXTRA WORK—VALUE—EVIDENCE.

Where the evidence of the value of extra work for which a judgment was rendered for $300, and plaintiff allowed a mechanic's lien, was not sufficient to show that such services were worth more than $100, the judgment must be reversed, unless plaintiff shall stipulate to reduce the amount recovered to $100.

Appeal from special term.

Action by John Sheridan and another against John Davis and others. From a judgment in favor of plaintiffs, defendants appeal. Reversed unless plaintiffs shall stipulate to reduce the amount recovered to $100.

Argued before VAN BRUNT, P. J., and HATCH, McLAUGHLIN, O'BRIEN, and INGRAHAM, JJ.

Sol Kohn, for appellants.

Dennis A. Spellissy, for respondents.

PER CURIAM. Action to foreclose a mechanic's lien. The trial court found that there was due the plaintiffs for extra work the sum of $300, and that they had a lien on the premises described in the complaint for that sum, with costs; and to satisfy the same it directed a foreclosure of the lien and a sale of the premises, and the defendants have appealed.

The evidence introduced upon the trial, as set out in the record before us, is very unsatisfactory, as to the extra work performed or the value of the same. It fails to show that the value of such services was in excess of $100, and therefore the judgment must be reversed and a new trial granted, with costs to the appellants to abide the event, unless the plaintiffs will stipulate to reduce the amount recovered to $100; and, if such stipulation be made, then the judgment appealed from, as thus modified, is affirmed, without costs to either party on this appeal.